The document below is hereby signed.

Signed: March 27, 2017



_S. Martin Teel, Jr._
_signature_

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ROBERT A. ROSSI, JR., | ) | Case No. 16-00593 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER DENYING
MOTION TO PURSUE FRAUDULENT CONVEYANCE CLAIMS ON
BEHALF OF THE ESTATE FILED BY WEBBER COMMERCIAL PROPERTIES, LLC

The *Motion to Pursue Fraudulent Conveyance Claims on Behalf of the Estate Filed by Webber Commercial Properties, LLC* (Dkt. No. 31) fails to allege that the trustee has refused to pursue the fraudulent conveyance claims that are the subject of the *Motion*. The power to pursue a fraudulent conveyance claim is vested in the trustee under 11 U.S.C. §§ 544(b) and 548. Even in those courts that may authorize a creditor to pursue a fraudulent conveyance claim, such authorization is denied unless the trustee has refused to pursue the claim. There is no suggestion in the record that the trustee is refusing to pursue any fraudulent conveyance claim that is worth pursuing. (This case has been pending less than five months, and the trustee has employed an

attorney to represent the trustee.)  It is thus

    ORDERED that the *Motion to Pursue Fraudulent Conveyance Claims on Behalf of the Estate Filed by Webber Commercial Properties, LLC* (Dkt. No. 31) is DENIED.

    [Signed and dated above.]

Copies to: Recipients of e-notification of orders.